IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIANNA MARIE ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C22-5945-MLP<br><br><br><br>ORDER |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that Plaintiff's Title XVI claim is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Appeal Council will direct the Administrative Law Judge to further evaluate the prior administrative findings, continue through the sequential evaluation process, as necessary, obtaining supplemental vocational expert testimony, as necessary; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 1st day of May, 2023.

MICHELLE L. PETERSON  
United States Magistrate Judge

Presented by:

s/ Sarah Moum  
SARAH MOUM  
Special Assistant United States Attorney  
Office of Program Litigation, Office 7  
Office of the General Counsel  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235  
Tel: 206-615-2936  
Email: sarah.moum@ssa.gov

Page 2    ORDER  
         DKT. NO. C22-5945-MLP